JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 809 -- In re Burke, Inc., Personal Mobility Vehicle Patent Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 89/05/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-4), CERT. OF SERVICE -- filed by plaintiff Burke, Inc. -- SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA (cds) |
| 89/06/06 | 2 | LETTER -- re: Status A-2 Burke, Inc. v. Northstar Group, Inc., S.D. Fla., C.A. No. 88-6946-CIV-KLR -- filed by counsel for Burke, Inc. w/cert. of svc. (ds) |
| 89/06/09 | | APPEARANCES: ANDREW S. KRULWICH, ESQ. for Burke, Inc.; HENRY C. FULLER, ESQ. for Orthokinetics, Inc. and DENNIS L. THOMTE, ESQ. for Okoboji Industries, Corp. (rh) |
| 89/06/15 | | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/19 | | APPEARANCE -- STUART O. LOWRY, ESQ. for Everest & Jennings, Inc. (ds) |
| 89/06/19 | 3 | RESPONSE (to pldg. #1) -- deft. Orthokinetics, Inc. w/Exhibits 1 and 2 and cert. of svc. (ds) |
| 89/06/19 | 4 | RESPONSE (to pldg. #1) -- defts. Everest and Jennings, Inc. w/cert. of svc. (ds) |
| 89/06/22 | 5 | RESPONSE (to pldg. #1) -- deft. Okoboji Industries, Corp. w/cert. of svc. (ds) |
| 89/06/27 | 6 | REPLY BRIEF -- pltf. Burke, Inc. w/cert. of svc. (ds) |
| 89/07/03 | 7 | AMENDED MOTION (to pldg. #1) -- To Include Additional Action for transfer to the C.D. California for pretrial proceedings (Burke, Inc. v. Mobility Engineering, Inc., D. Ariz., C.A. No. CIV-89-351 TUC RMB) -- filed by Burke, Inc. w/Exhibit 1 and 2 and cert. of svc. (ds) |
| 89/07/21 | 8 | RESPONSE (to pldgs. #1 & 7) -- deft. Okoboji Industries, Inc. w/cert. of svc. (ds) |
| 89/07/24 | | APPEARANCE: DENNIS L. THOMTE, ESQ. for Mobility Engineering, Inc. (rh) |
| 90/02/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Burke, Inc. v. Invacare Corp., N.D. Ohio, C.A. No. 1:89-CV-2396 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |

809    In re Burke, Inc., Personal Mobility Vehicle Patent Litigation

| Date | No. | Description |
|---|---|---|
| 89/07/26 | | HEARING APPEARANCES: (Hearing on 7/27/89 in Seattle, Washington) -- ANDREW S. KRULWICH, ESQ. for Burke, Inc.; STUART O. LOWRY, ESQ. for Everest & Jennings, Inc. and DENNIS L. THOMTE, ESQ. for Okoboji Industries Corp. (rh) |
| 89/07/26 | | WAIVER OF ORAL ARGUMENT: (Hearing on 7/27/89 in Seattle, Washington) -- Orthokinetics, Inc. (rh) |
| 89/08/22 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Robert C. Bonner, C.D. California. (ds) |
| 89/08/22 | | TRANSFER ORDER -- transferring A-1 and B-5 to the C.D. California for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified invovled clerks, judges, counsel and misc. recipients. (ds) |
| 90/01/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Burke, Inc. v. Invacare Corporation, N.D. Ohio, C.A. No. 1:89-CV-2396 -- Notified involved counsel and judges (ds) |
| 90/01/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Burke, Inc. v. Pride Health Care, Inc., M.D. Pennsylvania, C.A. No. 3:CV-90-0003 -- Notified involved counsel and judges. (ds) |
| 90/02/01 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **B-6 Burke, Inc.** v. Invacare Corp., N.D. Ohio, C.A. No. 1:89-CV-2396 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 90/02/07 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by deft. Pride Health Care, Inc. re B-7 Burke, Inc. v. Pride Health Care, Inc., M.D. Pennsylvania, C.A. No. 3:CV-90-0003 -- Notified involved counsel and judges (cds) |
| 90/02/14 | | HEARING ORDER -- setting opposition to transfer of B-7 for Panel hearing in Salt Lake City, Utah on March 29, 1990 (cds) |
| 90/02/22 | 10 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF -- filed by Deft. Pride Health Care, Inc., re B-7 Burke, Inc. v. Pride Health Care, Inc., M.D. Pennsylvania, C.A. No. 3:CV-90-0003 -- w/cert. of service (cds) |
| 90/03/08 | 11 | RESPONSE (to pldg. #10) -- pltf. Burke, Inc. -- w/cert. of service (cds) |
| 90/03/28 | | HEARING APPEARANCES FOR 3/29/90 HEARING, SALT LAKE CITY, UTAH: ANDREW S. KRULWICH, ESQ. for Burke, Inc.; CHARLES N. QUINN, ESQ. for Pride Health Care, Inc. (cds) |
| 90/03/28 | | **WAIVERS** OF ORAL ARGUMENT FOR 3/29/90 HEARING: Ortho-Kinetics, Inc.; Everest & Jennings, Inc.; Mobility Engineering, Inc. and Okoboji Industries Corp. (cds) |

| Date | Doc # | Description |
|---|---|---|
| 90/04/10 | | TRANSFER ORDER -- transferring B-7 Burke, Inc. v. Pride Health Care, Inc., M.D. Pennsylvania, C.A. No. 3:CV-90-0003 to the Central District of California -- Notified involved clerk, judges and counsel (ds) |
| 90/06/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-8 Burke, Inc. v. Ranger All Seasons Corp., N.D. Iowa, C.A. No. 90-4055 and B-9 Burke, Inc. v. American Innvotech, Inc., W.D. Wis., C.A. No. 90-C-370-S -- Notified involved counsel and Judges (sg) |
| 90/07/03 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **B-8** Burke, Inc. v. Ranger All Seasons Corp., N.D. Iowa, C.A. No. 90-4055 -- Notified involved judges and clerks (rh) |
| 90/07/13 | 12 | CONSENT JUDGEMENT FROM THE DISTRICT OF WISCONSIN -- stating B-9 - Burke, Inc. v. American Innvotech, Inc., W.D. of Wisconsin, C.A. No. 90-C-370-S dismissed on July 2, 1990. (sg) |
| 90/07/13 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-9 - Burke, Inc. v. American Innvotech, Inc., W.D. of Wisconsin, C.A. No. 90-C-370-S -- notified involved counsel and judges (sg) |
| 90/11/23 | 13 | LETTER -- signed by Judge Manuel L. Real, C.D. California -- suggesting reassignment of litigation to him (cdm) |
| 90/11/23 | | ORDER REASSIGNING LITIGATION -- to Judge Manuel L. Real -- notified involved judge, clerk and counsel (cdm) |

JPML Form 1
Revised: 8/78

DOCKET NO. 809 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Burke, Inc., Personal Mobility Vehicle Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 22, 1989 | T.O. | Unpublished | C.D. California | ~~Robert C. Bonner~~ | |
| | | | | | Manuel L. Real (Nov. 23, 1990) | |

### Special Transferee Information

DATE CLOSED: 3/23/92

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JPML FORM 1 | | LISTING OF INVOLVED ACTIONS | | | | C.D. California | |
| | | | | | | ~~Judge Robert C. Bonner~~ | |
| DOCKET NO. 809 -- In re Burke, Inc., Personal Mobility Vehicle Patent Litigation | | | | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burke, Inc. v. Okoboji Industries Corp. | Iowa, N. O'Brien | C89-4036 | 8/22/89 | 89-5325 | JS-6 3/23/92 | |
| A-2 | Burke, Inc. v. Northstar Group, Inc. | Fla., S. Ryskamp *Do Not Count* | 88-6946-CIV-KLR | | | 7/18/89-D | |
| A-3 | Burke, Inc. v. Ortho-Kinetics, Inc. | Cal., C. ~~Rymer~~ *Bonner* | 89-1885 | | | JS-6 3/23/92 | |
| A-4 | Burke, Inc. v. Everest & Jennings, Inc. | Cal., C. ~~Fernandez~~ *Bonner* | 89-2613 | | | JS-6 11/29/91 | |
| B-5 | Burke, Inc. v. Mobility Engineering, Inc. | Arizona Bilby | CIV-89-351-TUC RMB | 8/22/89 | 89-532 | JS-6 3/23/92 | Amended Motion filed 7/3/89 |
| B-6 | Burke, Inc. v. Invacare Corporation  1/16/90 | Ohio, N. White | 1:89-CV-2396 | 2/1/90 | 90-787-RB | JS-6 11/29/91 | |
| B-7 | Burke, Inc. v. Pride Health Care, Inc.  *Opposed 2/7/90  1/24/90* | Pa., M. Conaboy | 3:CV-90-0003 | 4/10/90 | 90-1892 | JS-6 3/23/92 | |
| | *July 1990 - 4 TR / 2 x V 2/6 Pending* | | | | | | |
| B-8 | Burke, Inc. v. Ranger All Seasons Corp.  6/5/90 | Iowa, N. O'Brien | 90-4055 | 7/3/90 | 90-4553 | JS-6 10/05/90 | |
| B-9 | Burke, Inc. v. American Innvotech, Inc.  6/15/90 | Wis, W. Shabaz | 90-C-370-S ~~CTO~~ | *VACATED* | | | Order 2/13/ |

*3 1991 - 1 w/ [illegible]*

July 1992 - Litigation Closed 3/23/92

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 809 -- In re Burke, Inc., Personal Mobility Vehicle Patent Litigation

---

BURKE, INC. (A-1 - A-4) & (B-7)
Andrew S. Krulwich, Esq.
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington, D.C. 20006

ORTHOKINETICS, INC.
Henry C. Fuller, Esq.
Fuller, Ryan & Hohenfeldt
633 West Wisconsin Avenue
Milwaukee, Wisconsin 53203

MOBILITY ENGINEERING, INC.
OKOBOJI INDUSTRIES CORP.
Dennis L. Thomte, Esq.
Zarley, McKee, Thomte, Voorhees & Sease
1111 Commercial Federal Tower
2120 South 72nd Street
Omaha, Nebraska 68124

NORTHSTAR GROUP, INC. (No App. Rec'd)
Robert F. Henshaw, Jr., Esq.  *Case closed*
2168 Main Street
Sarasota, Florida 34237

EVEREST & JENNINGS, INC.
Stewart Lowry, Esq.
Kelly, Bouerfeld & Lowry
6320 Canago Avenue
Suite 1650
Woodland Hills, California 91367

INVACARE CORPORATION
Christopher B. Fagan, Esquire
Fay, Sharpe, Beall, Fagan, Minnich
 & McKee
1100 Superior Avenue
Suite 700
Cleveland, Ohio 44114-2518

PRIDE HEALTH CARE, INC. (Deft. B-7)
Charles N. Quinn, Esq.
Miller & Quinn
1125 Land Title Building
Philadelphia, PA 19110

RANGER ALL SEASONS CORP. (Deft. B-8)
Vitas Rimas, Esquire
Kinney & Lange, P.A.
625 4th Ave. S.
Suite 1500
Minneapolis, Minnesota 55414

AMERICAN INNVOTECH, INC. (Deft. B-9)
Gary Essmann, Esquire
Andres Sceales Stark & Sawall
735 N. Water Street
Milwaukee, Wisconsin 53202

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 809 -- In re Burke, Inc., Personal Mobility Vehicle Patent Litigaton

| Name of Party | Named as Party in Following Actions |
|---|---|
| Okoboji Industries Corp. | A-1 |
| Northstar Group, Inc. | A-2 |
| Ortho-Kinetics, Inc. | A-3 |
| Everest & Jennings, Inc. | A-4 |
| Mobility Engineering, Inc. | B-5 |
| Invacare Corporation | B-6 |
| Pride Health Care, Inc. | B-7 |
| Ranger All Seasons Corp. | B-8 |
| American Innvotech, Inc. | B-9 |
| | |
| | |