JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 22 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 809

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BURKE, INC., PERSONAL MOBILITY VEHICLE PATENT LITIGATION

TRANSFER ORDER*

This litigation presently consists of four actions pending in three districts as follows: two actions in the Central District of California, and one action each in the District of Arizona and the Northern District of Iowa.[1] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Burke, Inc., the plaintiff in all four actions, to centralize the actions in the Central District of California for coordinated or consolidated pretrial proceedings. Defendants in the four actions oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the alleged validity, scope and infringement of United States Patent No. 4,570,739, a patent pertaining to a motorized personal mobility vehicle. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. In selecting the Central District of California as transferee forum, we note that two of the four actions are already pending there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Robert C. Bonner for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*signature*
Andrew A. Caffrey
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

[1] The motion originally before the Panel pertained to one additional action, Burke, Inc. v. Northstar Group, Inc., S.D. Florida, C.A. No. 88-6946-CIV-KLR. That action was dismissed on June 27, 1989, however, and therefore the question of transfer with respect to that action is moot. Also, the motion before the Panel, as originally filed on May 30, 1989, did not encompass the Arizona action. Subsequently, the motion was amended on July 3, 1989, to add the Arizona action. That amendment was filed too late for the action to be included in the Panel order scheduling the July 27, 1989, hearing in this docket. The Arizona action has been included in the matter now before us, however, because both parties to the action have stated in writing their positions on the transfer motion and their counsel were present and participated in oral argument at the Panel's July 27th hearing.

SCHEDULE A

MDL-809 -- In re Burke, Inc., Personal Mobility Vehicle Patent Litigation

### Northern District of Iowa

Burke, Inc. v. Okoboji Industries Corp., C.A. No. C89-4036

### Central District of California

Burke, Inc. v. Orthokinetics, Inc., C.A. No. 89-1885
Burke, Inc. v. Everest & Jennings, Inc., C.A. No. 89-2613

### District of Arizona

Burke, Inc. v. Mobility Engineering, Inc., C.A. No. CIV-89-351-TUC RMB

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 23 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 809

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE BURKE, INC., PERSONAL MOBILITY VEHICLE PATENT LITIGATION

ORDER REASSIGNING LITIGATION

Pursuant to 28 U.S.C. §1407, IT IS ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Manuel L. Real for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

John F. Nangle
Chairman